# United States District Court
# For The Western District of North Carolina
# Charlotte Division

K.C. Jerome White ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:10CV160

Taylor Norman ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2010 Order.

Signed: April 12, 2010

Frank G. Johns, Clerk
United States District Court